[No. 8165–6–III.   Division Three.   October 22, 1987.]

SIDNEY R. BUCKLEY, *Appellant,* v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 86–2–00184–9, Dennis D. Yule, J., entered September 26, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 7722–5–III.   Division Three.   October 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN LEE HOLYOAK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–01009–5, Michael E. Donohue, J., entered February 26, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J. Now published at 49 Wn. App. 691.

[No. 7871–0–III.   Division Three.   October 22, 1987.]

LOUIS KISS, ET AL, *Appellants,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–02665–5, Michael E. Donohue, J., entered May 14, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 7687–3–III.   Division Three.   October 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD JAMES ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–00335–8, Thomas E. Merryman, J., entered March 3, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.